KASHIF HAQUE, Bar No. 218672
khaque@aegislawfirm.com
SAMUEL A. WONG, Bar No. 217104
swong@aegislawfirm.com
JESSICA L. CAMPBELL, Bar No. 280626
jcampbell@aegislawfirm.com
AEGIS LAW FIRM, PC
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251

Attorneys for Plaintiff JD TAMIMI,
individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JD TAMIMI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SGS NORTH AMERICA, INC., a corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.  8:19−cv−00965 PSG-KSx<br><br>Assigned to: Hon. Philip S. Gutierrez<br>Magistrate: Hon. Karen. L Stevenson<br>Courtroom: 6A<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     March 8, 2021<br>Time:    1:30 p.m.<br>Judge:   Hon. Philip S. Gutierrez |

NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

# NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on March 8, 2021 at 1:30 p.m., at 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565, Representative Plaintiff JD Tamimi ("Plaintiff" or "Representative Plaintiff"), and Plaintiff's Counsel will and hereby do move this Court for an Order: (1) granting preliminary approval of the parties' Joint Stipulation and Class and Representative Action Settlement Agreement and Release ("Settlement"); (2) granting conditional certification of the Settlement Class; (3) appointing Class Counsel; (4) appointing the Class Representative; (5) appointing a Settlement Administrator; and (6) approving the Class Notice as to form.

This motion is made on the grounds that the Settlement is fair, adequate, and reasonable given the relative strengths and weaknesses of the claims and defenses; the risks, expense, complexity and likely duration of further litigation; the amount offered in settlement; the experience and views of counsel; and the public policy in favor of quieting litigation.

This motion is based upon the accompanying Memorandum of Points and Authorities and the Declaration of Jessica L. Campbell, and exhibits thereto and such other oral argument and documentary evidence as may be presented to the Court at the hearing of this motion.

Dated: January 29, 2021                **AEGIS LAW FIRM, PC**

                                       By:   /s/Jessica L. Campbell
                                             Jessica L. Campbell
                                             Attorneys for Plaintiff