1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AEGIS LAW FIRM, PC**
KASHIF HAQUE, Bar No. 218672
khaque@aegislawfirm.com
SAMUEL A. WONG, Bar No. 217104
swong@aegislawfirm.com
JESSICA L. CAMPBELL, Bar No. 280626
jcampbell@aegislawfirm.com
AEGIS LAW FIRM, PC
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251

Attorneys for Plaintiff JD TAMIMI,
individually and on behalf of all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JD TAMIMI, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SGS NORTH AMERICA, INC., a corporation; and DOES 1-20, inclusive, <br><br> Defendants. | Case No.  8:19−cv−00965 PSG-KSx <br><br> Assigned to: Hon. Philip S. Gutierrez <br> Magistrate: Hon. Karen. L Stevenson <br> Courtroom: 6A <br><br> **CLASS ACTION** <br><br> **NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:    August 16, 2021 <br> Time:    1:30 p.m. <br> Judge:   Hon. Philip S. Gutierrez |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on August 16, 2021, at 1:30 p.m. in the United States District Court for the Central District of California, First Street Federal Building and United States Courthouse, Courtroom 6A, located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, before the Honorable Philip S. Gutierrez Plaintiff JD Tamimi ("Plaintiff"), will move and hereby does move for final approval of the proposed Settlement with Defendant SGS North America, Inc. ("Defendant"). Specifically, Plaintiff moves the Court pursuant to Federal Rule of Civil Procedure 23 for an order finally approving the Class Action Settlement Agreement as fair, reasonable and adequate. Defendants do not oppose the relief sought by this motion.

This Motion is based upon: (1) this Notice of Motion and Motion; (2) the Memorandum of Points and Authorities; (3) the Declaration of Jessica L. Campbell; (4) the Declaration of Meagan Brunner; (5) the [Proposed] Final Approval Order; (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: July 16, 2021                          **AEGIS LAW FIRM, PC**

<u>/s/ Jessica L. Campbell</u>
Jessica L. Campbell
Attorneys for Plaintiff

-1-

NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT